No. 336. UNITED STATES EX REL. CATECHES *v.* DAY, COMMISSIONER OF IMMIGRATION. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Harold Van Riper* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for respondent.

No. 278. CONCORDIA INS. CO. *v.* SCHOOL DISTRICT No. 98;

No. 279. ROYAL INS. CO., LTD. *v.* SAME;

No. 280. NATIONAL FIRE INS. CO. *v.* SAME; and

No. 281. FIRE ASSOCIATION OF PHILADELPHIA *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. F. A. Rittenhouse* and *Hal C. Thurman* for petitioners. *Messrs. R. M. Rainey, Frank G. Anderson,* and *Streeter B. Flynn* for respondent. Reported below: 40 F. (2d) 379.

No. 289. WENGLINSKY *v.* ZURBRICK, DISTRICT DIRECTOR OF IMMIGRATION ET AL. See same case, *ante,* p. 798.

No. 87. MILLIKEN ET AL. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. D. A. Embury* and *Hugo Kohlmann* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Fred K. Dyar* for the United States.

